# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156413(63)

TOWNSHIP OF LEONI,
    Plaintiff/Counterdefendant-
    Appellee,

v
                SC: 156413
                COA: 331301
TOWNSHIP OF COLUMBIA, TOWNSHIP  Jackson CC: 12-001040-CK
OF HANOVER, and TOWNSHIP OF
LIBERTY,
    Defendants/Counterplaintiffs-
    Appellants.
_____/

   On order of the Chief Justice, the motion of defendant-appellee Columbia Township to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on October 27, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

    November 1, 2017      

                  Clerk